**Order entered August 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00923-CR

### DEVON D. ALLEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-00628-U

## ORDER

Before the Court is appellant's August 3, 2018 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received by the Court on August 3 filed as of the date of this order.

/s/    CRAIG STODDART
        JUSTICE